**The following constitutes
the order of the court. Signed January 9, 2012**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                                  No. 09-48205 WJL
                                                       Chapter 7
ALAMEDA ACAPULCO RESTAURANT, LLC,

            Debtor.
_____/

Paul Mansdorf, Trustee                                 A.P. No. 11-04275

            Plaintiff,

    vs.

Curt L. Brohard,

            Defendant.
_____/

MEMORANDUM REGARDING HEARING ON MOTION FOR SUMMARY JUDGMENT

On January 11, 2012, at 9:30 a.m., the plaintiff's motion for summary judgment will come on for hearing. At the outset of the hearing, the parties should be prepared to discuss the issue of whether paying on a note and unrecorded — but otherwise executed and delivered — deed of trust constitutes payment on an unsecured claim for purposes of section 547(b) of the U.S. Bankruptcy Code.

END OF DOCUMENT

COURT SERVICE LIST

Gregg S. Kleiner
Luce, Forward, Hamilton & Scripps LLP
121 Spear St. #200
San Francisco, CA 94105

David Ashley Smyth
Smyth Law Offices
1990 N California Blvd. #830
Walnut Creek, CA 94596

U.S. Trustee
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612